IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATRINA HARTLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE BOEING COMPANY, | : | NO. 19-373 |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of June, 2019, upon consideration of Defendant's Motion to Dismiss and briefing in support thereof (ECF Nos. 8 & 12), and Plaintiff's opposition thereto (ECF No.10), it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

WENDY BEETLESTONE, J.