IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATRINA HARTLEY, | CIVIL ACTION |
| --- | --- |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, | NO. 19-373 |
| Defendant. | |

**O R D E R**

**AND NOW**, this 30th day of September, 2019, upon consideration of Defendant The Boeing Company's Motion for Summary Judgment and briefing in support (ECF No. 21), Plaintiff Katrina Hartley's response (ECF No. 22), and Defendant's reply thereto (ECF No. 23), **IT IS ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**