IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATRINA HARTLEY, *Plaintiff*, v. THE BOEING COMPANY, *Defendant.* | Civil Action No. 2:19-cv-373-WB |

FILED
NOV 26 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

Based on the Stipulation of Dismissal with Prejudice by the Parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. Each Party is to bear its own fees and costs.

DATED this 26th day of November, 2019.

BY THE COURT:

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATRINA HARTLEY,<br><br>*Plaintiff*,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>*Defendant*. | Civil Action No. 2:19-cv-373-WB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41.1(b), the Parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 22nd day of November, 2019.

By: */s/ Graham G. Baird*
Graham G. Baird, Esquire
LAW OFFICES OF ERIC A. SHORE PC
Two Penn Center
1500 JFK Boulevard
Suite 1240
Philadelphia, PA 19110
Phone: 267.546.0131
Fax: 215.944.6124
Email: grahamb@ericshore.com

*Attorney for Plaintiff Katrina Hartley*

By: */s/ Anne E. Martinez*
Anne E. Martinez (Pa. ID No. 201189)
Shannon L.C. Ammon (Pa. ID No. 319839)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5718/4690
Fax: 215.963.5001
Email: anne.martinez@morganlewis.com
Email: shannon.ammon@morganlewis.com

*Attorneys for Defendant*
*The Boeing Company*

## CERTIFICATE OF SERVICE

I, Shannon L.C. Ammon, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice and Proposed Order were filed and served on the 22nd day of November, 2019 via ECF upon the following:

> Graham G. Baird, Esquire
> Law Offices of Eric A. Shore PC
> Two Penn Center
> 1500 JFK Boulevard
> Suite 1240
> Philadelphia, PA 19110
> grahamb@ericshore.com
>
> *Attorney for Plaintiff*

>> /s/ Shannon L.C. Ammon
>> Shannon L.C. Ammon